IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LARRY WOMACK, #37980-083    :    Civil Action No. CCB-06-3231

    Petitioner    :

    v.    :

WARDEN    :

    Respondent    :

oo00oo

**MEMORANDUM**

Pending is pro se 28 U.S.C. § 2241 petition for writ of habeas corpus filed by Larry Womack, an inmate at the Federal Correctional Institution in Cumberland, Maryland. On December 6, 2006, the court granted petitioner thirty days to supplement his pleading, cautioning that the petition was subject to dismissal without prejudice if he failed to provide additional information. Petitioner has failed to supplement the petition.

The petition, without more, fails to state a cognizable cause of action upon which relief may be granted in a 28 U.S.C. § 2241 action, and will dismissed without prejudice to future refiling. A separate order consistent with this memorandum follows.

January 12, 2007    /s/
Date    Catherine C. Blake
    United States District Judge